# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAVE MAN KITCHENS INC., <br><br> Plaintiff, <br> v. <br> CAVEMAN FOODS, LLC, <br><br> Defendant. | C18-1274 TSZ <br><br> MINUTE ORDER |
| CAVEMAN FOODS, LLC, as assignee of FOOD SERVICES OF AMERICA, INC., <br><br> Plaintiff, <br> v. <br> CAVE MAN KITCHENS, INC., a Washington corporation; and CAVE MAN KITCHENS, INC., a dissolved Washington corporation, <br><br> Defendant. | C19-1667 TSZ |
| CAVEMAN FOODS, LLC, as assignee of PUGET SOUND ENERGY, INC., <br><br> Plaintiff, <br> v. <br> CAVE MAN KITCHENS, INC., a Washington corporation; and CAVE MAN KITCHENS, INC., a dissolved Washington corporation, <br><br> Defendant. | C19-1668 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

MINUTE ORDER - 1

(1)     Pursuant to the stipulation of the parties, docket no. 6 in Case No. C19-1667 TSZ and docket no. 5 in C19-1668 TSZ, Marjorie A. Walter, Michael E. Kipling, and the firm of Walter Kipling, PLLC are granted leave to withdraw as counsel of record for Caveman Foods, LLC in Case Nos. C19-1667 TSZ and C19-1668 TSZ, effective immediately.  Michael E. Kipling and the firm of Walter Kipling, LLC remain counsel of record for Caveman Foods, LLC in Case No. C18-1274 TSZ.

(2)     The stipulations of the parties, docket no. 6 in Case No. C19-1667 TSZ and docket no. 5 in C19-1668 TSZ, are treated as notices of appearance by Diana S. Breaux and the firm of Foster Garvey PC on behalf of Caveman Foods, LLC, which is the plaintiff, in Case Nos. C19-1667 TSZ and C19-1668 TSZ.  The Clerk is DIRECTED to update the dockets accordingly.

(3)     Caveman Foods, LLC being a limited liability company, and jurisdiction in Case Nos. C19-1667 TSZ and C19-1668 TSZ being premised on diversity, Caveman Foods, LLC must file in each case, within fourteen (14) days of the date of this Minute Order, a corporate disclosure statement identifying all members of the limited liability company, as well as their places of residence.  *See* Local Civil Rule 7.1.

(4)     Within fourteen (14) days of the date of this Minute Order, counsel shall meet and confer and file a Joint Status Report indicating whether these three actions should be consolidated.  If the parties have disparate views on the subject, they shall separately state the reasons why they believe the matters should or should not be consolidated.  If consolidation would necessitate any adjustments to the case schedule in C18-1274 TSZ, the parties shall propose appropriate dates and deadlines and set forth any and all scheduling conflicts.

(5)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of November, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2