UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAVE MAN KITCHENS INC.,

    Plaintiff,

v.

CAVEMAN FOODS, LLC,

    Defendant.

C18-1274 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Diana D. Breaux and the firm of Foster Garvey PC having appeared as local counsel for defendant Caveman Foods, LLC, *see* Notice of Appearance (docket no. 41), Michael E. Kipling and the firm of Walter Kipling PLLC are GRANTED leave to withdraw as local counsel for defendant, effective immediately, pursuant to the stipulation of the parties, docket no. 38. Meredith L. Williams, Michael D. Adams, and Seth M. Jessee, of the firm of Rutan & Tucker, remain counsel of record (*pro hac vice*) for defendant.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1