UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAVE MAN KITCHENS INC,

    Plaintiff,

v.

CAVEMAN FOODS LLC,

    Defendant.

C18-1274 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Protective Order, docket no. 43, is DENIED.

(2) Defendant's Motion to Compel, docket no. 51, is GRANTED. Plaintiff shall produce documents responsive to defendant's requests for production, and amend its responses to defendant's interrogatories, on or before February 7, 2020. Plaintiff must produce documents under Rule 34, organized and labeled to correspond to the categories in the request. *See SEC v. Collins & Aikman Corp.*, 256 F.R.D. 403, 410-13 (S.D.N.Y. 2009). Plaintiff must produce all responsive documents and amend its RFP responses to indicate whether or not documents exist as to each RFP and have been produced.

(3) It is further ORDERED that defendant is awarded attorneys' fees and costs in the amount of $5,000 incurred in bringing this motion.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of January, 2020.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1