UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAVE MAN KITCHENS INC.,

    Plaintiff,

v.

CAVEMAN FOODS, LLC,

    Defendant.

C18-1274 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Reconsideration, docket no. 58, is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of January, 2020.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1