UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAVE MAN KITCHENS INC.,

  Plaintiff,

  v.

CAVEMAN FOODS, LLC,

  Defendant.

C18-1274 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Plaintiff Cave Man Kitchens Inc.'s motion for reconsideration, docket no. 68, is RENOTED to May 8, 2020.  The deadline for payment set forth in the Minute Order entered April 6, 2020, docket no. 67, is sua sponte EXTENDED from April 27, 2020, to May 8, 2020.

(2)  Counsel are DIRECTED to confer telephonically concerning (i) whether the parties can agree on a payment schedule for the amounts awarded in Paragraph 3 of the Minute Order entered January 8, 2020, docket no. 57, and Paragraph 1(d) of the Minute Order entered April 6, 2020, docket no. 67; and (ii) whether plaintiff has complied with Paragraphs 1(a)-(c) of the Minute Order entered April 6, 2020, docket no. 67.

(3)  On or before May 1, 2020, the parties shall file a Joint Status Report regarding the matters set forth in Paragraph 2, above.

(4)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1