UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAVE MAN KITCHENS INC.,

        Plaintiff,

v.

CAVEMAN FOODS, LLC,

        Defendant.

C18-1274 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Cave Man Kitchens Inc.'s motion for reconsideration, docket no. 68, is RENOTED to May 22, 2020. The deadline for payment set forth in the Minute Order entered April 6, 2020, docket no. 67, and amended by the Minute Order entered April 23, 2020, docket no. 69, is sua sponte EXTENDED to May 22, 2020. On or before noon on May 14, 2020, plaintiff shall file proof (in the form of a declaration and financial statements) of its alleged inability to pay the amounts set forth in Paragraph 3 of the Minute Order entered January 8, 2020, docket no. 57, and Paragraph 1(d) of the Minute Order entered April 6, 2020, docket no. 67. Any response to plaintiff's motion for reconsideration shall be filed by the noting date. No reply shall be filed unless requested by the Court.

(2) Plaintiff shall fully comply with Paragraphs 1(a)-(c) of the Minute Order entered April 6, 2020, docket no. 67, within fourteen (14) days of the date of this Minute Order. Failure to comply will be considered grounds for further sanctions, including dismissal of this matter with prejudice.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of May, 2020.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1