UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAVE MAN KITCHENS INC.,

        Plaintiff,

  v.

CAVEMAN FOODS, LLC,

        Defendant.

C18-1274 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 118, defendant's motion for summary judgment, docket no. 103, is RENOTED to October 16, 2020. Plaintiff's response shall be filed by October 5, 2020, and any reply shall be filed by the new noting date.

(2) Defendant's request for judicial notice, docket no. 112, is also RENOTED to October 16, 2020, and will be considered together with defendant's motion for summary judgment.

(3) Defendant's unopposed motion to seal, docket no. 102, is GRANTED, and the unredacted version of the Declaration of Jeff Hansberry and Exhibit A thereto, docket nos. 109 and 109-1, and Exhibits G and H to the Declaration of Chris Running, docket nos. 110 and 111, shall remain under seal.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of September, 2020.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2