UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAVE MAN KITCHENS INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>CAVEMAN FOODS, LLC,<br><br>        Defendant. | C18-1274 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff Cave Man Kitchens Inc.'s motion, docket no. 120, for leave to file an overlength brief, is GRANTED, and plaintiff's 28-page response, docket no. 121, to defendant's motion for summary judgment will be considered by the Court.

(2)    Defendant Caveman Foods, LLC's motion, docket no. 123, for leave to file an overlength brief, is GRANTED, and defendant's reply in support of its motion for summary judgment, docket no. 103, shall not exceed sixteen (16) pages in length.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of October, 2020.

                                                              William M. McCool
                                                              Clerk

                                                              s/Karen Dews
                                                               Deputy Clerk

MINUTE ORDER - 1