UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAVE MAN KITCHENS INC.,

          Plaintiff,

   v.

CAVEMAN FOODS LLC,

          Defendant.

C18-1274 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The trial date of December 7, 2020, and related deadlines, *see* docket nos. 36 & 101, is STRICKEN pending the Court's ruling on the Motion for Summary Judgment, docket no. 103. The Court will promptly reset the trial date and related deadlines, if appropriate, after it rules on the pending Motion for Summary Judgment, docket no. 103, and the Motion Requesting Judicial Notice, docket no. 112.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 6th day of November, 2020.

                                 William M. McCool
                                 Clerk

                                 s/Gail Glass
                                 Deputy Clerk

MINUTE ORDER - 1