UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAVE MAN KITCHENS INC., <br><br> Plaintiff, <br><br> v. <br><br> CAVEMAN FOODS LLC, <br><br> Defendant. | C18-1274 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Having reviewed the parties' Joint Status Report, docket no. 132, indicating that the parties will submit a Stipulated Proposed Judgment, *see id.* at 5, the Court DIRECTS the parties to file the Stipulated Proposed Judgment on or before Friday, February 19, 2021, or to show cause why such Judgment cannot be filed by that date.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1