UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAVE MAN KITCHENS INC., <br><br> Plaintiff-Counter Defendant, <br><br> v. <br><br> CAVEMAN FOODS LLC, <br><br> Defendant-Counterclaimant. | C18-1274 TSZ <br><br> MINUTE ORDER |

Having reviewed the parties' Stipulation Regarding Entry of Judgment, docket no. 134, and the parties' Joint Status Report ("JSR"), docket no. 136, the following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has granted Defendant Caveman Foods LLC's motion for summary judgment on all of Plaintiff Cave Man Kitchens Inc.'s claims (Counts I–IX). *See* docket nos. 128 & 131. The Court declines to enter a partial judgment in favor of Defendant and against Plaintiff at this time.

(2) The Court APPROVES the parties' stipulation that the Court may enter judgment in favor of Defendant and against Plaintiff on three of Defendant's counterclaims: (i) Declaratory Judgment of Validity of U.S. Trademark Registration No. 4,565,451 (Count I of Counterclaims); (ii) Declaratory Judgment on Validity of U.S. Trademark Registration No. 4,863,604 (Count III of Counterclaims); and (iii) Declaratory Judgment of No Trademark Infringement or Unfair Competition (Count V of Counterclaims). *See* Stipulation (docket no. 134 at 3). The Court declines to enter a partial judgment in favor of Defendant and against Plaintiff at this time.

(3) The Court DECLINES to dismiss Defendant's five remaining counterclaims (Counts II, IV, and VI–VIII) contingent on Defendant's ability to refile

MINUTE ORDER - 1

"those claims in an amended counterclaim in the event any portion of Plaintiff's claims survive appeal." Stipulation (docket no. 134 at 3); *see* Minute Order at ¶ 1 (docket no. 135); JSR (docket no. 136 at 2). The Court will enter a judgment once all of Defendant's counterclaims have been resolved.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of March, 2021.

<u>William M. McCool</u>
Clerk

<u>s/Gail Glass</u>
Deputy Clerk

MINUTE ORDER - 2