UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAVE MAN KITCHENS INC., <br><br> Plaintiff-Counter Defendant, <br><br> v. <br><br> CAVEMAN FOODS LLC, <br><br> Defendant-Counterclaimant. | C18-1274 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report ("JSR"), docket no. 136, which indicates that the parties will proceed to trial on Defendant's remaining counterclaims—Counts II, IV, VI, VII, and VIII of the Counterclaims, *see* Defendant's Amended Answer (docket no. 33)—the Court hereby SETS a jury trial to commence **September 20, 2021**. The JSR also indicates that one or more of Defendant's remaining counterclaims presents purely legal issues that may be resolved as a matter of law, *see* JSR (docket no. 136 at 2–3). Accordingly, the Court extends the deadline to file any dispositive motion on Defendant's remaining counterclaims, and issues the following amended trial schedule:

| | |
|---|---|
| **JURY TRIAL** set for **9:00 AM** on | **September 20, 2021** |
| Length of trial | 5 days |
| Dispositive Motions due by | May 7, 2021 |
| Motions in Limine due by | June 4, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| Pretrial Order,[1] Trial Briefs, and Proposed Voir Dire/Jury Instructions due by | September 3, 2021 |
| Pretrial Conference set for **10:00 AM** on | September 10, 2021 |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Order Setting Trial Date and Related Dates, docket no. 36, and the Minute Entry, docket no. 101, shall remain in full force and effect.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of March, 2021.

<u>William M. McCool</u>
Clerk

<u>s/Gail Glass</u>
Deputy Clerk

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2