UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAVE MAN KITCHENS INC.,<br><br>    Plaintiff and Counter Defendant,<br><br>    v.<br><br>CAVEMAN FOODS LLC,<br><br>    Defendant and Counter Claimant. | C18-1274 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court CONTINUES the trial, currently scheduled for September 20, 2021, to September 22, 2021.

(2) In the Court's Order, docket no. 152, the Court instructed that any objections to a remote trial shall be filed by August 6, 2021. Having received no objections, the Court hereby ORDERS that the trial in this matter shall be conducted virtually via ZoomGov.com, commencing on **September 22, 2021**. *See Le v. King County*, No. C18-55-TSZ, 2021 WL 859493, at *5 (W.D. Wash. Mar. 8, 2021) (holding that "'good cause in compelling circumstances' justify conducting [that] trial via a videoconferencing platform, that 'appropriate safeguards' for doing so are in place, and that a continuance of the trial date is unnecessary and would be prejudicial to plaintiffs"). The applicable procedures and protocols for the virtual trial will be set forth in a separate order.

//

//

MINUTE ORDER - 1

(3) All counsel who will actively participate in trial, as well as their assistants, shall attend a technology check session with the Court's law clerk and courtroom deputy clerk on **Wednesday, September 8, 2021, at 3:00 p.m.**

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2021.

Ravi Subramanian<br>
Clerk<br><br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 2