1

2

3

4

5            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7    CAVE MAN KITCHENS INC.,

8                     Plaintiff,

9          v.                                    C18-1274 TSZ

10   CAVEMAN FOODS, LLC,                          MINUTE ORDER

11                    Defendant.

12

13       The following Minute Order is made by direction of the Court, the Honorable
     Thomas S. Zilly, United States District Judge:

14       (1)    The parties' stipulated motion, docket no. 154, to vacate certain orders and
     dismiss this case with prejudice and without costs, is DENIED in part and DEFERRED
15   in part.  The Court DECLINES to vacate its prior orders.  The parties shall file a Joint
     Status Report on or before noon on September 3, 2021, concerning whether this case can
16   be dismissed with prejudice and without costs.  This matter remains set for trial on
     September 22, 2021.

17       (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
     record.
18

         Dated this 30th day of August, 2021.
19

20                                               Ravi Subramanian
                                                 Clerk
21
                                                 s/Gail Glass
22                                               Deputy Clerk

23

MINUTE ORDER - 1